

**FILED & ENTERED**

**MAY 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Minh Tuong Nguyen,<br><br><br><br>Debtor(s).<br>Cindy Lina Vu,<br>Plaintiff(s),<br>    v.<br>Minh Tuong Nguyen,<br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:26-bk-10347-SC<br>Adv No:   8:26-ap-01044-SC<br><br>**ORDER ADVANCING STATUS CONFERENCE**<br><br>New date:<br>Date:        June 9, 2026<br>Time:        1:30 PM<br>Courtroom:  5C |

The June 16, 2026 status conference is hereby ADVANCED to June 9, 2026, at 1:30 p.m. A joint status report is due 14 days in advance.

**IT IS SO ORDERED.**

Date: May 14, 2026

Scott C. Clarkson
United States Bankruptcy Judge

-1-