Heidi Griffith (SBN 333725)
DIRECTIONS LAW, INC.
9140 Trask Avenue, Suite 100
Garden Grove, CA 92844
Telephone: (714) 515-1155
Email: heidi@directionslaw.com

Limited-Scope Attorney
for Defendant Minh Tuong Nguyen

**FILED**

**JUN 1 5 2026**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>MINH TUONG NGUYEN,<br><br>Debtor. | Case No. 8:26-bk-10347-SC<br>Adv. No.: 8:26-ap-01044-SC<br><br>**DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE [LBR 1001-1(E)(1) & FRBP 9029(C)]** |
| CINDY LINA VU,<br><br>Plaintiff,<br><br>v.<br><br>MINH TUONG NGUYEN<br><br>Defendant. | |

1

DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE [LBR 1001-1(E)(1) & FRBP 9029(C)]

## DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE

I, Heidi Griffith, declare:

1.     I am an attorney at law duly licensed to practice law in the State of California, and I am admitted to practice before the United States District Court for the Central District of California. I have personal knowledge of the facts set forth herein.

2.     Pursuant to California Rules of Professional Conduct, Rule 1.2(b), I am making this limited scope appearance on behalf of Defendant Minh Tuong Nguyen in the above-captioned adversary proceeding, Adversary No. 8:26-ap-01044-SC, and to the extent no Local Bankruptcy Rule specifically governs limited scope appearances by adversary proceeding counsel, this appearance is made consistent with LBR 1001-1(e)(1) and FRBP 9029(c). Defendant otherwise remains self-represented, in pro per, in this adversary proceeding.

3.     The limited scope of my appearance begins at the pretrial case management phase of this adversary proceeding and continues through the discovery cut-off date set by the Court and the hearing and determination of any dispositive motion filed on or before the motion cut-off date set by the Court. Within this period, my representation includes: (a) the conference of the parties under Federal Rule of Civil Procedure 26(f), as applicable in adversary proceedings under Federal Rule of Bankruptcy Procedure 7026; (b) the initial disclosures under Federal Rule of Civil Procedure 26(a)(1), as applicable in adversary proceedings under Federal Rule of Bankruptcy Procedure 7026; (c) review of, and any response or objection to, the proposed scheduling order; (d) the service of, and response to, all discovery, up to and through the discovery cut-off; and (e) the preparation, filing, and litigation of all dispositive motions filed on or before the motion cut-off date set by the Court. This limited scope appearance does not extend to the pretrial conference or trial. Defendant remains self-represented as to those phases of the proceeding unless and until a further appearance is filed on Defendant's behalf.

4.     Defendant has given informed written consent to this limited scope of representation after receiving adequate explanation of the scope of the representation, the matters expressly excluded from the scope, and the material risks of and reasonably available alternatives to this limited scope arrangement, as required by California Rules of Professional Conduct, Rule

2

DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE [LBR 1001-1(E)(1) & FRBP 9029(C)]

1.2(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15th, 2026, at Garden Grove, California.

_____

Heidi Griffith

DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE [LBR 1001-1(E)(1) & FRBP 9029(C)]

## PROOF OF SERVICE

I, Brittney Le, am over the age of 18 and not a party to this adversary proceeding. My business address is 9140 Trask Avenue, Suite 100, Garden Grove, CA 92844.

On June 15, 2026, I served the foregoing document entitled **DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE [LBR 1001-1(E)(1) & FRBP 9029(C)]** on the following persons in the manner indicated:

**By Drop Off at Court Box**
Hon. Scott C. Clarkson
411 West Fourth Street,
Santa Ana, CA 92701

**BY U.S. MAIL on Plaintiff in pro per:**
Cindy Lina Vu
16284 Mount Islip Circle
Fountain Valley, CA 92708

**BY EMAIL on the Chapter 7 Trustee:**
Jeffrey I. Golden
Golden Goodrich LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Emails: jgolden@go2.law, epi@lnbyg.com

**BY EMAIL on the Attorney of Record for Debtor:**
Leonard Pena, Esq.
1003 Diamond Ave., Suite 202,
South Pasadena, California 91030
Emails: lpena@penalaw.com, Reception@penalaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2026, at Garden Grove, California.

_____
Brittney Le

4

DECLARATION OF HEIDI GRIFFITH RE LIMITED SCOPE OF APPEARANCE [LBR 1001-1(E)(1) & FRBP 9029(C)]